U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Beneficial Illinois, Inc. d/b/a Beneficial Mortgage Company of Illinois, a Delaware corporation v. George Schrage, an individual, and Mary Schrage, an individual | FILED: JULY 22, 2008<br>08CV4165<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TC

Plaintiff Beneficial Illinois, Inc., d/b/a Beneficial Mortgage Company of Illinois, a Delaware corporation

| NAME (Type or print) |
|---|
| Synde B. Keywell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Synde B. Keywell |
| FIRM |
| Bryan Cave, LLP |
| STREET ADDRESS |
| 161 North Clark Street, Suite 4300 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06185620 | 312-602-5077 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐