## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4165 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Beneficial Illinois, Inc.   vs   George Schrage, et al | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to place Exhibit A to the complaint <u>under seal</u>.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|