## United States District Court for the Northern District of Illinois

Case Number: 08CV4165             Assigned/Issued By: DAJ

Judge Name:                        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

<u>2</u> Original and <u>0</u> copies on <u>08/27/08</u> as to <u>MARY SCHRAGE,</u>
                                        (Date)
<u>GEORGE SCHRAGE.</u>